## DAVID, Administrator, *v.* CABOURET.

An action to annul a judgment must be instituted before the court which rendered it.

APPEAL from the District Court of the First District, *Buchanan*, J. *David*, appellant, *pro se.* *Buisson*, for the defendant.

The judgment of the court was pronounced by

EUSTIS, C. J. We affirm this judgment for this reason—that the settlement made before the notary, under the order of the judge, dated the 2d March, 1841, and which is sought to be annulled in this suit, was made the judgment of the Parish Court, by a decree of the 22d March, 1841, and before that court alone ought the action to annul the act to have been brought.

*Judgment affirmed.*